**Order entered July 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00822-CR

### ANTWON CARTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81511-2013**

## ORDER

On May 28, 2015, this Court adopted the trial court's findings regarding confusion as to who was appointed to represent appellant on this appeal. We further adopted the finding that Stephanie Hudson is now appellant's counsel. We ordered appellant to file his brief within forty-five days. To date, appellant's brief has not been filed nor has Ms. Hudson sought an extension of time from the Court to file the brief.

Accordingly, we **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order. If the brief is not filed within the time specified, the Court may order that Stephanie Hudson be removed as counsel and that new counsel be appointed to represent appellant.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court, and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE